## H. D. WILLIAMS COOPERAGE COMPANY, Appellant, v. QUERCUS LUMBER COMPANY.

### Division One, June 4, 1918.

**TRESPASS: Cutting Timber: Mere Licensee: Affirming Decision of Court of Appeals.** The decision of the Court of Appeals, 187 Mo. App. 373, holding that a certain consent decree between plaintiff and the apparent record owner of land gave to plaintiff something more than a personal license to cut, but a beneficial ownership in, the growing timber, and that therefore plaintiff could maintain an action of trespass against a mere stranger who cut and carried away parts of the timber, is not in conflict with a prior decision of the Supreme Court, but is correct.

Appeal from Butler Circuit Court.—*Hon. J. P. Foard,* Judge.

REVERSED AND REMANDED.

*Douglas W. Robert* for appellant.

*Sheppard & Green* for respondent.

BLAIR, J.—This cause was heard by the Springfield Court of Appeals. It was transferred here because one of the judges deemed the majority opinion in conflict with a decision of this court. We have reached the conclusion that the majority opinion of the Court of Appeals is correct. We think it properly distinguishes the decisions relied on by the dissenting judge. In accordance with the views expressed in that opinion (Williams Cooperage Co. v. Quercus Lumber Co., 187 Mo. App. 373) the judgment is reversed and the cause remanded. All concur.